IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV247-MU

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| DERRICK MACK, et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon its own motion. Pursuant to the court's Order of June 28, 2006, the parties are hereby directed to file a status report forthwith.

IT IS SO ORDERED.

Signed: December 16, 2009

Graham C. Mullen
United States District Judge