IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CV-247-GCM

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| DERRICK MACK, *et al*, | ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **September 12, 2011.**

**IT IS SO ORDERED.**

Signed: May 16, 2011

Graham C. Mullen
United States District Judge