# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Unum Life Insurance Company of America,

    Plaintiff,

vs.

Derrick Mack, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

3:04-cv-247-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2011 Order.

Signed: June 21, 2011

Frank G. Johns, Clerk
United States District Court